IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MICHAEL AND MICHELLE BURTON, | § | CASE NO. 13-41669 |
| | § | (Chapter 7) |
| DEBTORS | § | |

### AFFIDAVIT OF CHRISTOPHER J. MOSER IN SUPPORT OF SETTLEMENT

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF DALLAS | § |

CHRISTOPHER J. MOSER ("Affiant"), being duly sworn, deposes and says:

1. My name is Christopher J. Moser. I am over the age of twenty one and competent in all respects to make this Affidavit. I am the Chapter 7 Trustee in the above referenced case.

2. This Affidavit is filed in conjunction with the Motion to Approve Settlement Agreement ("Motion") which is being filed contemporaneously with this Affidavit.

3. It is my professional opinion that the settlement agreement reflected in the Motion is in the best interest of the estate and comports with the settlement standards of *Protective Comm. For Independent Stockholders of TMT Trailer Ferry, Inc. v. Anderson*, 390 U.S. *Reh'g denied*, 391 U.S. 909 (1968) and of *River City vs. Herpel, (In re Jackson Brewing Co.)*, 624 F.2d 599, 602-603 (5th Cir. 1980). Accordingly, the settlement should be approved.

FURTHER AFFIANT SAITH NOT

_____
Christopher J. Moser

SWORN AND SUBSCRIBED BEFORE ME this 13th day of January, 2014.

_____
NOTARY PUBLIC FOR THE STATE OF TEXAS

NITA CHANCELLOR
Notary Public, State of Texas
My Commission Expires
January 09, 2015

AFFIDAVIT OF CHRISTOPHER J. MOSER – Page 1