IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MICHAEL AND MICHELLE BURTON, | § | CASE NO. 13-41669 |
| | § | (Chapter 7) |
| DEBTORS | § | |

## ORDER APPROVING SETTLEMENT AGREEMENT

On this day came on for consideration the Motion to Approve Settlement Agreement ("Motion") filed by Christopher J. Moser, Trustee ("Trustee"). The Court finds that proper notice of the Motion has been given to all parties in interest and that no party has objected to the Motion. The Court further finds that the granting of the Motion is in the best interest of the estate. **IT IS THEREFORE,**

**ORDERED** that the Motion is granted and that the Settlement Agreement, attached as Exhibit "A" to the Motion ("Settlement Agreement") is approved. **IT IS FURTHER,**

**ORDERED** that pursuant to the Settlement Agreement Michael and Michelle Burton ("Debtors") shall pay the bankruptcy estate the amount of $20,000.00 by making five (5) consecutive monthly payments in the amount of $$,000.00 per month commencing on February 15, 2014 and continuing on the 15th day of each month thereafter until the Trustee has received the total amount of $20,000.00. **IT IS FURTHER,**

**ORDERED** that the Trustee is authorized to provide the Debtors with a release upon the Trustee's receipt of the full $20,000.00 settlement proceeds. **IT IS FURTHER,**

**ORDERED** that the Trustee is authorized to execute any and all documents necessary to

effectuate the Settlement Agreement.