```
Label Matrix for local noticing          ADT                                   Account Services
0540-4                                   PO BOX 371490                         1802 NE Loop 410 Suite 400
Case 13-41669                            Pittsburg PA 15250-7490               San Antonio TX 78217-5298
Eastern District of Texas
Sherman
Fri Jan 24 08:40:34 CST 2014

Accountants Inc                          Affiliated Acceptance Corporation     Albart Industrial Center
PO BOX 60000                             PO BOX 790001                         4021 SW 103rd Lane
San Francisco CA 94160-0001              Sunrise Beach MO 65079-9001           Ocala FL 34476-4179


Andrew Park                              Atlas Acquisitions LLC                Atmos
13 Rosalita Lane                         294 Union St.                         PO BOX 790311
Millbrae CA 94030-1236                   Hackensack, NJ 07601-4303             St Louis MO 63179-0311


Aviva USA                                MICHAEL TRACY BURTON                  MICHELLE RENEE BURTON
7700 Mills Civic Parkway                 3804 HIDDEN TRAIL                     3804 HIDDEN TRAIL
West Des Moines IA 50266-3862            FLOWER MOUND, TX 75022-6126           FLOWER MOUND, TX 75022-6126


Bank of America                          Bank of America                       Bank of America
PO BOX 15019                             PO BOX 2518                           PO BOX 45224
Wilmington DE 19886-5019                 Houston TX 77252-2518                 Jacksonville FL 32232-5224


Bay Gulf Credit Union                    Blue Cross Blue Shield                Bob's Pool Service
3202 W Waters Ave                        PO BOX 731428                         100 Cross Timbers Drive
Tampa FL 33614-2851                      Dallas TX 75373-1428                  Double Oak TX 75077-8443


Bonnie Ansley                            Burton Marketing International        C James Jensen
1235 S Prairie Ave                       PO BOX 2569                           650 Bellevue Way NE
#2805                                    Grapevine TX 76099-2569               Suite 3704
Chicago IL 60605-3407                                                          Bellevue WA 98004-5061


CBRE Investors                           CIT Technology                        Central Parking System
909 Lake Carolyn                         PO BOX 550599                         PO BOX 790402
Lock Box 730024                          Jacksonville FL 32255-0599            St Louis MO 63179-0402
Dallas TX 75373-0024


CitiCorp                                 City of Flower Mound Utilities        City of Lewisville Utilities
PO BOX 7247-0118                         2121 Cross Timbers                    151 W Church St
Philadelphia PA 19170-0118               Flower Mound TX 75028-2699            Lewisville TX 75057-3927


CoServ                                   CoServ Electric, Attn: Revenue Recovery   Core Fund LP
PO BOX 650785                            7701 S. Stemmons                      201 One SW Columbia St
Dallas TX 75265-0785                     Corinth, TX 76210                     Suite 900
                                                                               Portland OR 97258
```

| | | |
|---|---|---|
| Cox Cable<br>PO BOX 9001077<br>Louisville KY  40290-1077 | DHL Express USA<br>PO BOX 277264<br>Atlanta GA  30384-7264 | Daintree Holdings Inc<br>Montague Sterling Centre<br>East Bay Street<br>Nassau Bahamas |
| David Otey<br>Worldwide Express<br>732 Lexington Ave<br>Coppell TX 75019-4526 | Dell Commercial Credit<br>PO BOX 689020<br>Des Moines IA  50368-9020 | (p)DELL FINANCIAL SERVICES<br>P O BOX 81577<br>AUSTIN TX 78708-1577 |
| Dohmeyer Valuation Corp.<br>2374 Aspermount<br>Frisco, TX 75033-1463 | Domain Listing Services<br>27 N  Wacker Dr  Suite 650<br>Chicago IL 60606-2800 | EECU Credit Union<br>PO BOX 1777<br>Fort Worth TX 76101-1777 |
| EMC Mortgage<br>PO BOX 141358<br>Irving TX  75014-1358 | Ehome Business Network<br>15333 N  Pima Rd Suite 235<br>Scottsdale AZ 85260-2782 | Embark<br>PO BOX 219100<br>Kansas City MO  64121-9100 |
| FEDEX<br>PO BOX 94515<br>Palatine IL  60094-4515 | Fighters Mgmt Group LLC<br>PO BOX 2569<br>Grapevine TX 76099-2569 | Flat Universal LLC<br>3120 NW Metke Place<br>Bend OR 97701-8318 |
| Florida Department of Revenue<br>5050 West Tennessee Street<br>Tallahassee FL 32399-0100 | George Albright<br>Marion County Tax Assessor<br>PO BOX 970<br>Ocala FL 34478-0970 | George Albright Tax Collector<br>PO BOX 1178<br>Ocala FL 34478-1178 |
| Global Card Systems LLC<br>601 Cross Timbers<br>Suite 118-7716<br>Flower Mound TX 75028-1335 | Global Vision Ent LLC<br>PO BOX 2569<br>Grapevine TX 76099-2569 | Grapevine Collier Property Tax/School Tax<br>3072 Mustang Drive<br>Grapevine TX 76051-5901 |
| Great America Leasing<br>8742 Innovation Way<br>Chicago IL 60682-0087 | Greenberg Traurig<br>200 Park Ave Floor 14<br>New York NY 10166-1700 | Greenburg Traurig<br>200 Park Ave 14th Floor<br>New York NY 10166-1700 |
| Gronberg Orthodontics<br>3000 Village Parkway<br>Suite  430<br>Highland Village TX 75077-3310 | Guerra Communications<br>PO BOX 2569<br>Grapevine TX 76099-2569 | HC Wainwright<br>52 Vanderbilt Ave 12th Floor<br>New York NY 10017-3838 |
| Herman Miller Capital<br>PO BOX 7247-0118<br>Philadelphia PA  19170-0118 | ID Wholesalers<br>16526 W  78th St  Suite 239<br>Eden Prairie MN 55346-4302 | Ingen Systems<br>PO BOX 703542<br>Dallas TX 75370-3542 |

| | | |
|---|---|---|
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19101-7346 | Internap<br>Dept 0526<br>PO BOX 120526<br>Dallas TX 75312-0526 | Invent Data Solutions LLC<br>PO BOX 2569<br>Grapevine TX 76099-2569 |
| Jackson Bo Group LLC<br>601 Cross Timbers<br>Suite 118-7716<br>Flower Mound TX 75028-1335 | Jaguar Credit<br>Dept #193901<br>PO BOX 55000<br>Detroit MI 48255-1939 | LG Technology<br>32840 Wolf Store Rd Suite C<br>Temecula CA 92592-8275 |
| Last Second Media<br>827 Kenny Way<br>Las Vegas NV 89107-4437 | LineLogix Technologies LLC<br>601 Cross Timbers<br>Suite 118-7716<br>Flower Mound TX 75028-1335 | Logix<br>PO BOX 3608<br>Houston TX 77253-3608 |
| MB3 Motorsports LLC<br>PO BOX 2569<br>Grapevine TX 76099-2569 | JAMES P MOON<br>3102 MAPLE AVE.<br>SUITE 200<br>DALLAS, TX 75201-1369 | Malory McNeal and Company<br>5551 Yale Blvd<br>Dallas TX 75206-5015 |
| Mark Litwin<br>919 Sir Frances Drake Blvd Suite 202<br>Kentfield CA 94904-1535 | Matryx Marketing LLC<br>601 Cross Timbers<br>Suite 118-7716<br>Flower Mound TX 75028-1335 | MediaCor LLC<br>PO BOX 2569<br>Grapevine TX 76099-2569 |
| Merelle Worldwide LLC<br>601 Cross Timbers<br>Suite 118-7716<br>Flower Mound TX 75028-1335 | Metro Works Reality<br>9500 Ray White Rd<br>Keller TX 76244-9104 | Michigan Dept of Treasury<br>Tax Policy Division<br>2nd Floor Austin Building<br>430 West Allegan Street<br>Lansing Michigan 48922-0001 |
| Mixed Martial Arts Auth Magazine<br>26246 US Highway 19 N<br>Clearwater FL 33761-3588 | Christopher Moser<br>2001 Bryan Street, Suite 1800<br>Dallas, TX 75201-3070 | Mr. Kenneth Guidry<br>Pannell Kerr Foster of Texas, P.C.<br>5847 San Felipe, Suite 2400<br>Houston, TX 77057-3163 |
| Muhammad & Sadaf Aliasim<br>C/O Jim Zadeh<br>115 West 2nd Street Suite 201<br>Fort Worth TX 76102-3023 | Muhammad Asim<br>304 Sir George's Ct.<br>Southlake, TX 76092-7323 | National Registered Agents<br>100 Canal Pointe Blvd<br>Suite 212<br>Princeton NJ 08540-7063 |
| On-Line Marketing Solutions/Centurion Market<br>246 Fifth Ave Penthouse<br>New York NY 10001-7603 | PTPC<br>1916 Stafford Rd<br>Grapevine TX 76051-7142 | Panell Kerr Forester of TX<br>5847 San Felipe Suite 2400<br>Houston TX 77057-3163 |
| Prospect Performance LLC<br>PO BOX 2569<br>Grapevine TX 76099-2569 | Rack Space<br>PO BOX 671337<br>Dallas TX 75267-1337 | Responsive Data<br>3514 N Power Rd<br>Suite 115<br>Mesa AZ 85215-2909 |

| | | |
|---|---|---|
| Revshare<br>32836 Wolf Store Rd<br>Temecula CA 92592-8274 | Richardson Patel LLP<br>10900 Wilshire Blvd  Suite 500<br>Los Angeles CA 90024-6533 | (c)ROBERT PENDERSON<br>5775 S HOLLADAY BLVD<br>SALT LAKE CITY UT  84121-1509 |
| Silver Meadows HOA<br>PO BOX 1709<br>Silver Springs FL  34489-1709 | Silver Springs Bottled Water<br>PO BOX 926<br>Silver Springs FL 34489-0926 | Southwestern Medical Center<br>PO BOX 3475<br>Toledo OH 43607-0475 |
| Southwestern Medical Center<br>PO BOX 845347<br>Dallas TX 75284-5347 | Southwestern Medical Center<br>PO BOX 845347<br>Dallas TX  75284<br>Dr's Reporting Service of TX<br>800 E  Campbell Rd Suite 399<br>Richardson TX 75081-1862 | State Farm<br>Attn: Rick White<br>3018 N  Belt Line Rd<br>Irving TX 75062-6877 |
| Steve Shun<br>12278 NW Hibbard Drive<br>Portland OR  97229<br>Twin Falls LTD<br>3rd Floor Montague Sterling Centre East<br>Nassau Bahamas | Steven Gummer<br>9023 Pinewood Dr<br>Dallas TX 75243-6513 | TL Thompson & Associates<br>330 Oaks Trail Suite 200<br>Garland TX 75043-4083 |
| TX Health Presbyterian<br>PO BOX 677300<br>Dallas TX 75267-7300 | TXU<br>PO BOX 650700<br>Dallas TX 75265-0700 | TXU Energy Retail Company LLC<br>CO Bankruptcy Department<br>PO Box 650393<br>Dallas TX  75265-0393 |
| Terminex<br>4601 Langland Rd<br>Dallas TX 75244-3953 | Trow Applegate Perry<br>Orleans Building 2nd Floor<br>Ocala FL  34475 | U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 |
| UPS<br>PO BOX 7247-0244<br>Philadelphia PA  19170-0001<br>Worldwide Express<br>3050 Regent Blvd  Suite 110<br>Irving TX 75063-3107 | US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 | UT Southwestern<br>Medical Service Plan<br>PO BOX 845347<br>Dallas TX 75284-5347 |
| United States Attorney?s Office<br>110 North College Avenue<br>Suite 700<br>Tyler TX  75702-0204 | Universal Systems<br>2960 Wesley Way<br>Richland Hills, TX 76118-6454 | University Hospital - St  Paul<br>PO BOX 849228<br>Dallas TX 75284-0001 |
| University Hospital-Lipshy<br>PO BOX 849927<br>Dallas TX 75284-9927 | Verizon<br>PO BOX 11328<br>St  Petersburg FL 33733-1328 | Water Event<br>2109 Luna Rd<br>Suite 100<br>Carrollton TX 75006-6437 |
| Work At Home Institute LLC<br>PO BOX 2569<br>Grapevine TX 76099-2569 | Worldwide Nutrition Group Inc<br>601 Cross Timbers<br>Suite 118-7716<br>Flower Mound TX 75028-1335 | XO Communications<br>14239 Collections Center Dr<br>Chicago IL 60693-0142 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Dell Financial Services
4307 Collection Center Dr
Chicago IL   60693

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Robert Penderson
2873 Tolcate
Salt Lake City UT   84121

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Accountants Inc                       (d)Atlas Acquisitions LLC              (d)HC Wainwright & Co
PO Box 60000                             294 Union St.                          52 Vanderbilt Ave 12th Floor
San Francisco CA 94160-0001              Hackensack, NJ 07601-4303              New York NY 10017-3838


(d)JAMES P. MOON                         (d)Christopher Moser                   End of Label Matrix
3102 MAPLE AVE.                          2001 Bryan Street, Suite 1800          Mailable recipients   120
SUITE 200                                Dallas, TX 75201-3070                  Bypassed recipients     5
DALLAS, TX 75201-1369                                                           Total                 125