IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BURTON, MICHAEL TRACY | § | |
| BURTON, MICHELLE RENEE | § | CASE NO. 13-41669 -BTR |
| | § | (Chapter 7) |
| DEBTORS | § | |

## APPLICATION FOR AUTHORITY TO EMPLOY ACCOUNTANT

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE PARTY FILING THIS PLEADING WITHIN FOURTEEN (14) DAYS FROM THE DATE OF SERVICE HEREOF UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH RESPONSE. IF NO RESPONSE IS TIMELY SERVED AND FILED, THIS PLEADING SHALL BE DEEMED TO BE UNOPPOSED AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. IF A RESPONSE IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING. THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER**.

TO THE HONORABLE BRENDA T. RHOADES, U. S. BANKRUPTCY JUDGE:

The Application for Authority to Employ Accountants ("Application") of Christopher Moser, Trustee in the above-entitled and numbered Chapter 7 case (hereinafter "Applicant"), respectfully represents:

1. Michael Tracy Burton and Michelle Renee Burton filed a Voluntary Petition under Title 11 of the U.S. Code on July 3, 2013.

2. Thereafter, Applicant was appointed Chapter 7 Trustee ("Trustee") in this case and continues to function in such capacity.

3. Applicant desires to employ Sheldon E. Levy, CPA, to perform accounting and tax services

for the Trustee.

4. The Trustee has selected the accounting firm of Sheldon E. Levy, CPA for the reason that it has considerable experience in matters of this character, and the Trustee believes that Sheldon E. Levy, CPA is well qualified to perform the requested services for the Trustee.

5. The services that said professionals are to render to Applicant shall be limited to the preparation of any tax returns due from this estate.

6. To the best of Applicant's knowledge, Sheldon E. Levy, CPA represents no interests adverse to this estate, any other entity in connection with this case, and are "disinterested persons" within the meaning of 11 U. S. C. Section 101 (14) and has no relationship or connection with creditors of the Debtor's estate or other parties in interest which would raise a possible disqualification or conflict of interest herein in matters upon which it is to be employed as accountants for the Trustee as evidenced by the Affidavit of Proposed Accountant attached hereto as Exhibit "A."

7. Applicant proposes to pay Sheldon E. Levy, CPA reasonable fees and expenses upon submission and Court approval of fee applications supported by statements to the Court, the United States Trustee, and any parties-in-interest in this case, setting forth in reasonable detail the description of services rendered, the time spent and by whom, and detail of expenses incurred. Such fee applications may be submitted with such frequency as may be allowed pursuant to the Bankruptcy Code.

**WHEREFORE, PREMISES CONSIDERED**, Trustee prays that after such notice and hearing as may be appropriate under the circumstances, this Court authorizes the Trustee to employ Sheldon E. Levy, CPA as its accountant in this case upon the terms as set forth herein, and for such

other and further relief as may be just.

                              Respectfully submitted,

                              */s/ Christopher J. Moser*
                              Christopher Moser
                              State Bar No. 14572500
                              QUILLING SELANDER LOWNDS
                              WINSLETT & MOSER, P.C.
                              2001 Bryan Street, Suite 1800
                              Dallas, TX 75201

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 17, 2014, a true and correct copy of the foregoing document has been served by electronic transmission via the CM/ECF system upon all parties registered to receive electronic notice in this bankruptcy case, and/or regular U.S. mail, postage prepaid, upon all parties listed below.

Office of the U.S. Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702

Michael & Michelle Burton
3804 Hidden Trail
Flower Mound, TX 75022

James P. Moon
3102 Maple Ave.
Suite 200
Dallas, TX 75201

                              */s/ Christopher J. Moser*
                              Christopher J. Moser