## IN THE UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

IN RE:                              §
                                    §
BURTON, MICHAEL TRACY               §
BURTON, MICHELLE RENEE              §        CASE NO. 13-41669 -BTR
                                    §        (Chapter 7)
**DEBTORS**                         §

### AFFIDAVIT OF SHELDON LEVY, CPA PROPOSED ACCOUNTANT

Sheldon Levy, being first duly sworn, deposes and states as follows:

1.      My name is Sheldon Levy. I am over 21 years old, of sound mind, and have personal knowledge of the facts set out in this affidavit.

2.      I am a certified public accountant and I maintain an office at 6320 Southwest Blvd. Suite 204, Fort Worth, Texas 76109.  I have extensive experience representing Trustees in bankruptcy.

3.      I am not a creditor, equity security holder, or insider of the Debtor or the Trustee.  I have never been paid anything by the Trustee or the Debtor.  I have never taken any other representation related to this case.  There is nothing which interferes in any way with my professional judgment in representing the estate.  There is no appearance of professional impropriety.  I am not aware of any other connection with the Debtor, creditors, any party-in-interest, their respective attorneys and accountants.

4.      To the best of my knowledge, I doe not hold or represent any interest adverse to the Debtors or its estate in the matters upon which said accounting firm is to be engaged. Further, I

**EXHIBIT A**                          - 1 -

believe that I had fully complied with the requirements of 11 U.S.C. §327 and I am a 'disinterested person' as set forth in such section and that no conflict of interest arises from my employment as Trustee's accountant.

5.      I have agreed to perform the work requested by the Trustee at my standard hourly billing rate of $250.00 and expenses and costs incurred.


_____
Sheldon Levy


SUBSCRIBED AND SWORN to before me this _____ day of June, 2014.

STELLA NOVIKOFF
Notary Public
STATE OF TEXAS
Commission Exp. 05-23-2015
Notary without Bond

_____
Notary Public in and for the State of Texas


My commission expires:

5-23-2015

**EXHIBIT A**