IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BURTON, MICHAEL TRACY | § | |
| BURTON, MICHELLE RENEE | § | CASE NO. 13-41669 -BTR |
| | § | **(Chapter 7)** |
| DEBTORS | § | |

## ORDER AUTHORIZING EMPLOYMENT OF ACCOUNTANT

On this day came on for consideration the Application for Authority to Employ Accountant filed by Christopher Moser, Trustee, in the above-entitled and captioned case. It appears to the Court that said Application proposes that the Trustee be authorized to employ Sheldon E. Levy, CPA as accountant to render accounting and tax services in this case upon the terms and conditions as set forth therein. It further appears to the Court that Sheldon E. Levy, CPA is "disinterested person" as that term is defined under Section 101 (14) of the Bankruptcy Code, that services to be rendered by said accountant is necessary and would be in the best interests of this estate; it is therefore

ORDERED that the Trustee be, and he hereby is, authorized to employ Sheldon E. Levy, CPA as accountant to perform accounting and tax services; and it is further

ORDERED that the Trustee be, and he hereby is authorized to pay Sheldon E. Levy, CPA reasonable expenses and professional fees incurred upon submission and approval of fee applications supported by statements to the Court and the United States Trustee, setting forth in reasonable detail the description of services rendered, the time spent and by whom, and the detail of any expenses incurred, and that notice to the U.S. Trustee and those parties who have filed notices of appearances is sufficient in the circumstances of this case.