Dohmeyer Valuation Corp

2374 Aspermount Drive
Frisco, TX 75033

EXHIBIT **A**

# Invoice

| Date | Invoice # |
|---|---|
| 10/26/2014 | 13 |

| Bill To |
|---|
| Chris Moser<br>QSLWM |

| P.O. No. | Terms | Project |
|---|---|---|
| Burton | Due on receipt | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 3.1 | Travel (@50%) and attendance at meeting with Mr. Moon Mr. Moser et al   8/20/13 | 250.00 | 775.00 |
| 3.2 | Review docs, and analysis of FMV8/20/13 | 250.00 | 800.00 |
| 0 | Gratis: Various Teles w/ Mr. Moser (1.1 hours) | 250.00 | 0.00 |

Original will not follow.
Thanks for the biz! Tax ID#03-0437034

**Total**   $1,575.00