```
Label Matrix for local noticing        ADT                                     Account Services
0540-4                                  PO BOX 371490                          1802 NE Loop 410 Suite 400
Case 13-41669                           Pittsburg PA 15250-7490                San Antonio TX 78217-5298
Eastern District of Texas
Sherman
Tue Nov  4 16:44:24 CST 2014

Accountants Inc                         Affiliated Acceptance Corporation      Albart Industrial Center
PO BOX 60000                            PO BOX 790001                          4021 SW 103rd Lane
San Francisco CA 94160-0001             Sunrise Beach MO 65079-9001            Ocala FL 34476-4179


Andrew Park                             Atlas Acquisitions LLC                 Atmos
13 Rosalita Lane                        294 Union St.                          PO BOX 790311
Millbrae CA 94030-1236                  Hackensack, NJ 07601-4303              St Louis MO 63179-0311


Aviva USA                               MICHAEL TRACY BURTON                   MICHELLE RENEE BURTON
7700 Mills Civic Parkway                3804 HIDDEN TRAIL                      3804 HIDDEN TRAIL
West Des Moines IA 50266-3862           FLOWER MOUND, TX 75022-6126            FLOWER MOUND, TX 75022-6126


Bank of America                         Bank of America                        Bank of America
PO BOX 15019                            PO BOX 2518                            PO BOX 45224
Wilmington DE  19886-5019               Houston TX 77252-2518                  Jacksonville FL 32232-5224


Bay Gulf Credit Union                   Blue Cross Blue Shield                 Bob's Pool Service
3202 W  Waters Ave                      PO BOX 731428                          100 Cross Timbers Drive
Tampa FL 33614-2851                     Dallas TX 75373-1428                   Double Oak TX 75077-8443


Bonnie Ansley                           Burton Marketing International         C  James Jensen
1235 S  Prairie Ave                     PO BOX 2569                            650 Bellevue Way NE
#2805                                   Grapevine TX 76099-2569                Suite 3704
Chicago IL 60605-3407                                                          Bellevue WA 98004-5061


CBRE Investors                          CIT Technology                         Central Parking System
909 Lake Carolyn                        PO BOX 550599                          PO BOX 790402
Lock Box 730024                         Jacksonville FL 32255-0599             St Louis MO  63179-0402
Dallas TX  75373-0024


CitiCorp                                City of Flower Mound Utilities         City of Lewisville Utilities
PO BOX 7247-0118                        2121 Cross Timbers                     151 W  Church St
Philadelphia PA  19170-0118             Flower Mound TX 75028-2699             Lewisville TX 75057-3927


CoServ                                  CoServ Electric, Attn: Revenue Recovery Core Fund LP
PO BOX 650785                           7701 S. Stemmons                       201 One SW Columbia St
Dallas TX 75265-0785                    Corinth, TX 76210                      Suite 900
                                                                               Portland OR  97258
```

| | | |
|---|---|---|
| Cox Cable<br>PO BOX 9001077<br>Louisville KY  40290-1077 | DHL Express USA<br>PO BOX 277264<br>Atlanta GA  30384-7264 | Daintree Holdings Inc<br>Montague Sterling Centre<br>East Bay Street<br>Nassau Bahamas |
| David Otey<br>Worldwide Express<br>732 Lexington Ave<br>Coppell TX 75019-4526 | Dell Commercial Credit<br>PO BOX 689020<br>Des Moines IA  50368-9020 | (p)DELL FINANCIAL SERVICES<br>P O BOX 81577<br>AUSTIN TX 78708-1577 |
| Dohmeyer Valuation Corp.<br>2374 Aspermount<br>Frisco, TX 75033-1463 | Domain Listing Services<br>27 N  Wacker Dr  Suite 650<br>Chicago IL 60606-2800 | EECU Credit Union<br>PO BOX 1777<br>Fort Worth TX 76101-1777 |
| EMC Mortgage<br>PO BOX 141358<br>Irving TX  75014-1358 | Ehome Business Network<br>15333 N  Pima Rd Suite 235<br>Scottsdale AZ 85260-2782 | Embark<br>PO BOX 219100<br>Kansas City MO  64121-9100 |
| FEDEX<br>PO BOX 94515<br>Palatine IL  60094-4515 | Fighters Mgmt Group LLC<br>PO BOX 2569<br>Grapevine TX 76099-2569 | Flat Universal LLC<br>3120 NW Metke Place<br>Bend OR 97701-8318 |
| Florida Department of Revenue<br>5050 West Tennessee Street<br>Tallahassee FL 32399-0100 | George Albright<br>Marion County Tax Assessor<br>PO BOX 970<br>Ocala FL 34478-0970 | George Albright Tax Collector<br>PO BOX 1178<br>Ocala FL 34478-1178 |
| Global Card Systems LLC<br>601 Cross Timbers<br>Suite 118-7716<br>Flower Mound TX 75028-1335 | Global Vision Ent LLC<br>PO BOX 2569<br>Grapevine TX 76099-2569 | Grapevine Collier Property Tax/School Tax<br>3072 Mustang Drive<br>Grapevine TX 76051-5901 |
| Great America Leasing<br>8742 Innovation Way<br>Chicago IL 60682-0087 | Greenberg Traurig<br>200 Park Ave Floor 14<br>New York NY 10166-1700 | Greenburg Traurig<br>200 Park Ave 14th Floor<br>New York NY 10166-1700 |
| Gronberg Orthodontics<br>3000 Village Parkway<br>Suite  430<br>Highland Village TX 75077-3310 | Guerra Communications<br>PO BOX 2569<br>Grapevine TX 76099-2569 | HC Wainwright<br>52 Vanderbilt Ave 12th Floor<br>New York NY 10017-3838 |
| Herman Miller Capital<br>PO BOX 7247-0118<br>Philadelphia PA  19170-0118 | ID Wholesalers<br>16526 W  78th St  Suite 239<br>Eden Prairie MN 55346-4302 | Ingen Systems<br>PO BOX 703542<br>Dallas TX 75370-3542 |

| | | |
|---|---|---|
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19101-7346 | Internap<br>Dept 0526<br>PO BOX 120526<br>Dallas TX 75312-0526 | Invent Data Solutions LLC<br>PO BOX 2569<br>Grapevine TX 76099-2569 |
| Jackson Bo Group LLC<br>601 Cross Timbers<br>Suite 118-7716<br>Flower Mound TX 75028-1335 | Jaguar Credit<br>Dept #193901<br>PO BOX 55000<br>Detroit MI 48255-1939 | LG Technology<br>32840 Wolf Store Rd Suite C<br>Temecula CA 92592-8275 |
| Last Second Media<br>827 Kenny Way<br>Las Vegas NV 89107-4437 | Sheldon Levy<br>6320 Southwest Blvd., Ste. 204<br>Ft. Worth, TX 76109-6961 | LineLogix Technologies LLC<br>601 Cross Timbers<br>Suite 118-7716<br>Flower Mound TX 75028-1335 |
| Logix<br>PO BOX 3608<br>Houston TX 77253-3608 | MB3 Motorsports LLC<br>PO BOX 2569<br>Grapevine TX 76099-2569 | JAMES P MOON<br>3102 MAPLE AVE.<br>SUITE 200<br>DALLAS, TX 75201-1369 |
| Malory McNeal and Company<br>5551 Yale Blvd<br>Dallas TX 75206-5015 | Mark Litwin<br>919 Sir Frances Drake Blvd Suite 202<br>Kentfield CA 94904-1535 | Matryx Marketing LLC<br>601 Cross Timbers<br>Suite 118-7716<br>Flower Mound TX 75028-1335 |
| MediaCor LLC<br>PO BOX 2569<br>Grapevine TX 76099-2569 | Merelle Worldwide LLC<br>601 Cross Timbers<br>Suite 118-7716<br>Flower Mound TX 75028-1335 | Metro Works Reality<br>9500 Ray White Rd<br>Keller TX 76244-6000 |
| Michigan Dept of Treasury<br>Tax Policy Division<br>2nd Floor Austin Building<br>430 West Allegan Street<br>Lansing Michigan 48922-0001 | Mixed Martial Arts Auth Magazine<br>26246 US Highway 19 N<br>Clearwater FL 33761-3588 | Christopher Moser<br>2001 Bryan Street, Suite 1800<br>Dallas, TX 75201-3070 |
| Mr. Kenneth Guidry<br>Pannell Kerr Foster of Texas, P.C.<br>5847 San Felipe, Suite 2400<br>Houston, TX 77057-3163 | Muhammad & Sadaf Aliasim<br>C/O Jim Zadeh<br>115 West 2nd Street Suite 201<br>Fort Worth TX 76102-3023 | Muhammad Asim<br>304 Sir George's Ct.<br>Southlake, TX 76092-7323 |
| National Registered Agents<br>100 Canal Pointe Blvd<br>Suite 212<br>Princeton NJ 08540-7063 | On-Line Marketing Solutions/Centurion Market<br>246 Fifth Ave Penthouse<br>New York NY 10001-7603 | PTPC<br>1916 Stafford Rd<br>Grapevine TX 76051-7142 |
| Panell Kerr Forester of TX<br>5847 San Felipe Suite 2400<br>Houston TX 77057-3163 | Prospect Performance LLC<br>PO BOX 2569<br>Grapevine TX 76099-2569 | Rack Space<br>PO BOX 671337<br>Dallas TX 75267-1337 |

| | | |
|---|---|---|
| Responsive Data<br>3514 N Power Rd<br>Suite 115<br>Mesa AZ 85215-2909 | Revshare<br>32836 Wolf store Rd<br>Temecula CA 92592-8274 | Richardson Patel LLP<br>10900 Wilshire Blvd Suite 500<br>Los Angeles CA 90024-6533 |
| Robert Penderson<br>2873 Tolcate<br>Salt Lake City UT 84121-1526 | Silver Meadows HOA<br>PO BOX 1709<br>Silver Springs FL 34489-1709 | Silver Springs Bottled Water<br>PO BOX 926<br>Silver Springs FL 34489-0926 |
| Southwestern Medical Center<br>PO BOX 3475<br>Toledo OH 43607-0475 | Southwestern Medical Center<br>PO BOX 845347<br>Dallas TX 75284-5347 | Southwestern Medical Center<br>PO BOX 845347<br>Dallas TX 75284<br>Dr's Reporting Service of TX<br>800 E Campbell Rd Suite 399<br>Richardson TX 75081-1862 |
| State Farm<br>Attn: Rick White<br>3018 N Belt Line Rd<br>Irving TX 75062-6877 | Steve Shun<br>12278 NW Hibbard Drive<br>Portland OR 97229<br>Twin Falls LTD<br>3rd Floor Montague Sterling Centre East<br>Nassau Bahamas | Steven Gummer<br>9023 Pinewood Dr<br>Dallas TX 75243-6513 |
| TL Thompson & Associates<br>330 Oaks Trail Suite 200<br>Garland TX 75043-4083 | TX Health Presbyterian<br>PO BOX 677300<br>Dallas TX 75267-7300 | TXU<br>PO BOX 650700<br>Dallas TX 75265-0700 |
| TXU Energy Retail Company LLC<br>CO Bankruptcy Department<br>PO Box 650393<br>Dallas TX 75265-0393 | Terminex<br>4601 Langland Rd<br>Dallas TX 75244-3953 | Trow Applegate Perry<br>Orleans Building 2nd Floor<br>Ocala FL 34475 |
| U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 | UPS<br>PO BOX 7247-0244<br>Philadelphia PA 19170-0001<br>Worldwide Express<br>3050 Regent Blvd Suite 110<br>Irving TX 75063-3107 | US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 |
| UT Southwestern<br>Medical Service Plan<br>PO BOX 845347<br>Dallas TX 75284-5347 | United States Attorney?s Office<br>110 North College Avenue<br>Suite 700<br>Tyler TX 75702-0204 | Universal Systems<br>2960 Wesley Way<br>Richland Hills, TX 76118-6454 |
| University Hospital - St Paul<br>PO BOX 849228<br>Dallas TX 75284-0001 | University Hospital-Lipshy<br>PO BOX 849927<br>Dallas TX 75284-9927 | Verizon<br>PO BOX 11328<br>St Petersburg FL 33733-1328 |
| Water Event<br>2109 Luna Rd<br>Suite 100<br>Carrollton TX 75006-6437 | Work At Home Institute LLC<br>PO BOX 2569<br>Grapevine TX 76099-2569 | Worldwide Nutrition Group Inc<br>601 Cross Timbers<br>Suite 118-7716<br>Flower Mound TX 75028-1335 |

XO Communications
14239 Collections Center Dr
Chicago IL 60693-0142

Timothy A. York
Quilling Selander Lownds Winslett & Mose
2001 Bryan Street, Suite 1800
Dallas, TX 75201-3070

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Dell Financial Services
4307 Collection Center Dr
Chicago IL  60693

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Accountants Inc
PO Box 60000
San Francisco CA 94160-0001

(d)Atlas Acquisitions LLC
294 Union St.
Hackensack, NJ 07601-4303

(d)HC Wainwright & Co
52 Vanderbilt Ave 12th Floor
New York NY 10017-3838

(d)JAMES P. MOON
3102 MAPLE AVE.
SUITE 200
DALLAS, TX 75201-1369

(d)Christopher Moser
2001 Bryan Street, Suite 1800
Dallas, TX 75201-3070

End of Label Matrix
Mailable recipients   121
Bypassed recipients     5
Total                 126