

EOD

12/01/2014

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MICHAEL AND MICHELLE BURTON, | § | CASE NO. 13-41669 |
| | § | (Chapter 7) |
| DEBTORS | § | |

**ORDER ALLOWING FINAL APPLICATION FOR ALLOWANCE
OF FEES AND EXPENSES OF TRUSTEE'S VALUATION EXPERT**

On this date came on for consideration the Final Application for Allowance of Fees and Expenses of Dohmeyer Valuation Corp (the "Application"). The Court, after reviewing the Application and lack of any timely objections to the Application, finds that the amounts sought by Dohmeyer Valuation Corp are reasonable compensation for the actual and necessary services rendered to the above referenced estate pursuant to 11 U.S.C. § 330 and that the Application should be granted. **IT IS THEREFORE,**

**ORDERED** that the Application is granted. **IT IS FURTHER,**

**ORDERED** that Dohmeyer Valuation Corp is allowed $1,575.00 for fees and expenses incurred in its capacity as valuation expert to the bankruptcy estate. **IT IS FURTHER,**

**ORDERED** that the Trustee is authorized to pay Dohmeyer Valuation Corp the amount of $1,575.00

Signed on 12/1/2014

_Brenda T. Rhoades_    SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

**Solo Page**