| UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF TEXAS | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor:<br><br>MICHAEL TRACY & MICHELLE RENEE BURTON | Case Number:<br><br>13-41669 | |

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>Department of the Treasury - Internal Revenue Service | **COURT USE ONLY** |
| Name and address where notices should be sent:<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br><br>Telephone number: 1-800-973-0424   email:   Creditor Number: 6570325 | ■ Check this box if this claim amends a previously filed claim.<br><br>**Court Claim Number:** _____ 3<br>*(If known)*<br><br>Filed on: ____08/29/2013____ |
| Name and address where payment should be sent (if different from above):<br>Internal Revenue Service<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317<br><br>Telephone Number: 1-800-973-0424   email: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars. |

**1. Amount of Claim as of Date Case Filed:**   $ 1,083,064.33

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

■ Check this box if the claim includes interest or other charges in addition to the principal amount of claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** _____Taxes_____
   (See instruction #2)

| 3. Last four digits of any number by which creditor identifies debtor:<br><br>_____See Attachment_____ | 3a. Debtor may have scheduled account as:<br><br>_____<br>(See instruction #3a) | 3b. Uniform Claim Identifier (optional):<br><br>_____<br>(See instruction #3b) |
|---|---|---|

**4. Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Amount of arrearage and other charges. as of the time case filed, included in secured claim, if any:**

$ 1,009,572.18

**Nature of property or right of setoff:**   ■ Real Estate   ■ Motor Vehicle   ■ Other
**Describe:**   *All of debtor(s) right, title and interest to property - 26 U.S.C. §6321*

**Basis for perfection:** _____See Attachment_____

**Value of Property:** $_____

**Amount of Secured Claim:** $ 1,009,572.18

**Annual Interest Rate** 3 %   ☐ fixed   or   ■ variable
**(when case was filed)**

**Amount Unsecured:**   $ 7,896.63

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier - 11U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan -11 U.S.C. §507 (a)(5).

Amount entitled to priority:
$ 65,595.52

☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

■ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

*Amounts are subject to adjustment on 4/01/16 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.  (See instruction #6)

**7. Documents:** Attach are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. If the claim is secured by the debtor's principal residence, the Mortgage Proof of Claim Attachment is being filed with this claim. (*See instruction #7, and the definition of "redacted".*)

DO NOT SEND ORIGINAL DOCUMENTS.  ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**8. Signature:** (See instruction #8)

Check the appropriate box.

■ I am the creditor.　　☐ I am the creditor's authorized agent.　　☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)　　☐ I am a guarantor, surety, indorsor, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print name: BILL MORSE
Title:      Bankruptcy Specialist
Company:    Internal Revenue Service

/s/ BILL MORSE                    01/30/2014
 (Signature)                       (Date)

Address and telephone number (if different from notice address above):
Internal Revenue Service
1100 COMMERCE STREET, ROOM 951
M/S 5024DAL
DALLAS, TX  75242

Telephone number: (214) 413-5211      Email:

***Penalty for presenting fraudulent claim:*** Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# Proof of Claim for Internal Revenue Taxes

Department of the Treasury/Internal Revenue Service

Form 10 Attachment

**In the Matter of:** MICHAEL TRACY & MICHELLE RENEE BURTON
3804 HIDDEN TRAIL
FLOWER MOUND, TX 75022

| Case Number |
| --- |
| 13-41669 |

| Type of Bankruptcy Case |
| --- |
| CHAPTER 7A |

| Date of Petition |
| --- |
| 07/03/2013 |

Amendment No. 1 to Proof of Claim dated 08/29/2013.

The United States has not identified a right of setoff or counterclaim. However, this determination is based on available data and is not intended to waive any right to setoff against this claim debts owed to this debtor by this or any other federal agency. All rights of setoff are preserved and will be asserted to the extent lawful.

**Secured Claims** (Notices of Federal tax lien filed under internal revenue laws before petition date)

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Penalty to Petition Date | Interest to Petition Date | Notice of Tax Lien Filed: Date | Office Location |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| XXX-XX-9379 | INCOME | 12/31/2004 | 02/20/2006 | $0.00 | $0.00 | $19,230.89 | 04/11/2013 | DENTON COUNTY |
| XXX-XX-9379 | INCOME | 12/31/2005 | 05/29/2006 | $192,351.00 | $86,505.11 | $97,786.27 | 04/11/2013 | DENTON COUNTY |
|  |  |  |  |  |  |  | 06/26/2006 | MARION COUNTY |
| XXX-XX-9379 | INCOME | 12/31/2007 | 06/01/2009 | $152,924.00 | $88,585.54 | $34,362.91 | 04/02/2013 | DENTON COUNTY |
| XXX-XX-9379 | INCOME | 12/31/2008 | 11/30/2009 | $184,143.00 | $35,023.56 | $29,506.21 | 04/02/2013 | DENTON COUNTY |
| XXX-XX-9379 | INCOME | 12/31/2008 | 04/11/2011 | $4,285.00 | $20,578.37 | $686.63 | 04/02/2013 | DENTON COUNTY |
| XXX-XX-9379 | INCOME | 12/31/2009 | 11/29/2010 | $45,421.00 | $12,970.89 | $5,211.80 | 04/02/2013 | DENTON COUNTY |
|  |  |  |  | $579,124.00 | $243,663.47 | $186,784.71 |  |  |

**Total Amount of Secured Claims:** $1,009,572.18

**Unsecured Priority Claims** under section 507(a)(8) of the Bankruptcy Code

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest to Petition Date |
| --- | --- | --- | --- | --- | --- |
| XXX-XX-9379 | INCOME | 12/31/2012 | 01/06/2014 | $65,171.00 | $424.52 |

**Total Amount of Unsecured Priority Claims:** $65,595.52

**Unsecured General Claims**

Penalty to date of petition on unsecured priority claims (including interest thereon) . . . . . . $7,896.63

**Total Amount of Unsecured General Claims:** $7,896.63

Page 1 of 1

| 1872 | COURT RECORDING DATA |
|---|---|
| INTERNAL REVENUE SERVICE<br>FACSIMILE FEDERAL TAX LIEN DOCUMENT<br><br>BANKRUPTCY DOCKET: 13-41669 | Lien Recorded   : 04/11/2013 - 00:00AM<br>Recording Number: 2013-42816<br>UCC Number       :<br>Liber            :<br>Page             : |
| Area: SMALL BUSINESS/SELF EMPLOYED #5<br>Lien Unit Phone: (800) 913-6050 | IRS Serial Number: 931115413 |

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer:
  MICHAEL T & MICHELLE BURTON

Residence:
  3804 HIDDEN TRL
  FLOWER MOUND, TX 75022-6126

With respect to each assessment below, unless notice of lien
is refiled by the date in column(e), this notice shall constitute
the certificate of release of lien as defined in IRC 6325(a).

| Form<br>(a) | Period<br>(b) | ID Number<br>(c) | Assessed<br>(d) | Refile Deadline<br>(e) | Unpaid Balance<br>(f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2004 | XXX-XX-9379 | 11/21/2005 | 12/21/2015 | |
| 1040 | 12/31/2004 | XXX-XX-9379 | 02/20/2006 | 03/21/2016 | $14,753.42 |
| 1040 | 12/31/2005 | XXX-XX-9379 | 05/29/2006 | 06/28/2016 | $274,014.59 |

| Filed at:<br>  DENTON COUNTY<br>  DENTON, TX, TX 76202 | Total | $288,768.01 |
|---|---|---|

This notice was prepared and executed at NASHVILLE, TN
on this, the 02nd day of April, 2013.

| Authorizing Official:<br>  SUSAN K. DAY | Title:<br>  REVENUE OFFICER       25-05-4526 |
|---|---|

| 1872 | COURT RECORDING DATA |
|---|---|

| INTERNAL REVENUE SERVICE<br>FACSIMILE FEDERAL TAX LIEN DOCUMENT<br><br>BANKRUPTCY DOCKET: 13-41669 | Lien Recorded   : 04/02/2013 - 00:00AM<br>Recording Number: 2013-38538<br>UCC Number      :<br>Liber           :<br>Page            : |
|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED #5<br>Lien Unit Phone: (800) 913-6050 | IRS Serial Number: 929907313 |

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer:
  MICHAEL T & MICHELLE BURTON

Residence:
  3804 HIDDEN TRL
  FLOWER MOUND, TX 75022-6126

With respect to each assessment below, unless notice of lien
is refiled by the date in column(e), this notice shall constitute
the certificate of release of lien as defined in IRC 6325(a).

| Form<br>(a) | Period<br>(b) | ID Number<br>(c) | Assessed<br>(d) | Refile Deadline<br>(e) | Unpaid Balance<br>(f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2007 | XXX-XX-9379 | 06/01/2009 | 07/01/2019 | $251,185.33 |
| 1040 | 12/31/2008 | XXX-XX-9379 | 11/30/2009 | 12/30/2019 | |
| 1040 | 12/31/2008 | XXX-XX-9379 | 04/11/2011 | 05/11/2021 | $244,361.35 |
| 1040 | 12/31/2009 | XXX-XX-9379 | 11/29/2010 | 12/29/2020 | $58,971.38 |

| Filed at:<br>    DENTON COUNTY<br>    DENTON, TX, TX 76202 | Total | $554,518.06 |
|---|---|---|

This notice was prepared and executed at NASHVILLE, TN
on this, the 26th day of March, 2013.

| Authorizing Official:<br>  SUSAN K. DAY | Title:<br>  REVENUE OFFICER            25-05-4526 |
|---|---|

| 1872 | COURT RECORDING DATA |
|---|---|
| INTERNAL REVENUE SERVICE<br>FACSIMILE FEDERAL TAX LIEN DOCUMENT<br><br>BANKRUPTCY DOCKET: 13-41669 | Lien Recorded   : 06/26/2006 - 11:26AM<br>Recording Number: 2006102246<br>UCC Number       :<br>Liber           : 4482<br>Page            : 176 |
| Area: SMALL BUSINESS/SELF EMPLOYED #3<br>Lien Unit Phone: (800) 913-6050 | IRS Serial Number: 297742106 |

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer:
  MICHAEL T & MICHELLE BURTON

Residence:
  2200 NE 36TH AVE 400
  OCALA, FL 34470-3164

With respect to each assessment below, unless notice of lien
is refiled by the date in column(e), this notice shall constitute
the certificate of release of lien as defined in IRC 6325(a).

| Form<br>(a) | Period<br>(b) | ID Number<br>(c) | Assessed<br>(d) | Refile Deadline<br>(e) | Unpaid Balance<br>(f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2005 | XXX-XX-9379 | 05/29/2006 | 06/28/2016 | $311,791.65 |

| Filed at: CLERK OF CIRCUIT COURT<br>          MARION COUNTY<br>          OCALA, FL 34478 | Total | $311,791.65 |
|---|---|---|

This notice was prepared and executed at BALTIMORE, MD
on this, the 16th day of June, 2006.

| Authorizing Official:<br>  MR. RICHARD HANAUER | Title:<br>  REVENUE OFFICER            23-09-3517 |
|---|---|