IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MICHAEL AND MICHELLE BURTON | § | CASE NO. 13-41669 |
| | § | (Chapter 7) |
| DEBTORS | § | |

### AFFIDAVIT OF CHRISTOPHER J. MOSER

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF DALLAS | § |

CHRISTOPHER J. MOSER ("Affiant"), being duly sworn, deposes and says:

1. "My name is Christopher J. Moser. I am over the age of twenty one and competent in all respects to make this Affidavit. I am a lawyer who is licensed to practice law in the State of Texas and before the U.S. District Court for the Eastern District of Texas.

2. This Affidavit is filed in conjunction with the Trustee's Objection to Proof of Claim No. 3-2 of Department of the Treasury - Internal Revenue Service ("Objection") filed with the Court contemporaneously herewith.

3. I am the acting chapter 7 trustee for the above styled bankruptcy case.

4. Proof of Claim No. 3-2 of the IRS asserts to be a secured claim.

5. I have not administered the purported collateral for the claim of the IRS."

FURTHER AFFIANT SAITH NOT

_____
Christopher J. Moser

SWORN AND SUBSCRIBED BEFORE ME this 16th day of January, 2015.

_____
NOTARY PUBLIC, STATE OF TEXAS

NITA CHANCELLOR
Notary Public, State of Texas
My Commission Expires
January 09, 2019

AFFIDAVIT OF CHRISTOPHER J. MOSER - Page 1                    EXHIBIT "A"