IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MICHAEL AND MICHELLE BURTON, | § | CASE NO. 13-41669 |
| | § | (Chapter 7) |
| DEBTORS | § | |

**ORDER REGARDING OBJECTION TO PROOF OF CLAIM NO. 3-2 FILED BY DEPARTMENT OF THE TREASURY - INTERNAL REVENUE SERVICE**

On this day came on for consideration the Objection to Proof of Claim No. 3-2 of Department of the Treasury - Internal Revenue Service ("Objection") filed by Christopher J. Moser, Trustee ("Trustee"). For cause shown, the Court sustains the Objection. **IT IS THEREFORE,**

**ORDERED** that Proof of Claim No. 3-2 filed by Department of the Treasury - Internal Revenue Service as a secured claim in the amount of $1,009,572.18 is disallowed as filed. However, Proof of Claim No. 3-2 shall be allowed as an unsecured priority claim in the amount of $65,595.52 and a general unsecured claim in the amount of $943,976.60.