IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MICHAEL AND MICHELLE BURTON, | § | CASE NO. 13-41669 |
| | § | (Chapter 7) |
| DEBTORS | § | |

**WITHDRAWAL OF OBJECTION TO PROOF
OF CLAIM NO. 3-2 OF THE INTERNAL REVENUE SERVICE**

**TO THE HONORABLE BRENDA T. RHOADES, U.S. BANKRUPTCY JUDGE:**

Christopher J. Moser, Trustee ("Trustee") files his Withdrawal of Objection to Proof of Claim No. 3-2 of the Internal Revenue Service ("Withdrawal") as follows:

1. On July 3, 2013, Michael and Michelle Burton ("Debtors") filed a voluntary petition under Chapter 7 of the Bankruptcy Code.

2. Christopher J. Moser is the acting Chapter 7 trustee of the Debtors' bankruptcy estate.

3. On January 16, 2015, Trustee filed his Objection to Proof of Claim No. 3-2 of the Internal Revenue Service ("Objection").

4. Subsequent to the filing of the Objection, the Internal Revenue Service amended its proof of claim which resolved the issues set forth in the Objection. Accordingly, the Trustee hereby withdraws the Objection.

**WHEREFORE, PREMISES CONSIDERED** Trustee prays that this Court withdraw the Objection and that Trustee be granted such other and further relief to which he may be justly entitled.

Respectfully submitted,

QUILLING, SELANDER, LOWNDS
WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Fax)

By: */s/ Christopher J. Moser*
    Christopher J. Moser

ATTORNEYS FOR TRUSTEE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Withdrawal has been served via regular U.S. mail, postage prepaid, on this 20th day of January, 2015 upon the following:

United States Trustee
300 Plaza Tower
110 North College Avenue
Tyler, Texas 75702

Michale & Michelle Burton
3804 Hidden Trail
Flower Mound, TX 75022

James P. Moon
3102 Maple Ave., Ste. 200
Dallas, TX 75201

Internal Revenue Service
P.O. Box 7346
Philadelphia, Pa. 19101-7346

Internal Revenue Service
1100 Commerce Street
Stop MC 5024 DAL
Dallas, Texas 75242

*/s/ Christopher J. Moser*