

Tax ID: 75-2459334

Trustee - CJM Trustee 7 Cases

Page: 1
01/23/2015
Client No: 3001-1650M
Invoice No: 214091

Michael Burton

Bill

**ITEMIZED SERVICES BILL**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 08/13/2013 | CJM | Reviewed and responded to email from James Moon regarding meeting with debtor (.2); Telephone call with Bob Dohmeyer regarding value of distributorship (.1); Email to Moon regarding meeting (.1). | 0.40 | 130.00 |
| | CJM | Prepared Application to Employ (.3); Prepared Affidavit (.1); Prepared Order (.1). | 0.50 | 162.50 |
| 08/14/2013 | CJM | Reviewed and responded to email from Bill Morse regarding large insurance payments by debtor. | 0.20 | 65.00 |
| 08/20/2013 | CJM | Telephone call with Bill Morse regarding settlement meeting with debtor (.2). | 0.20 | 65.00 |
| | TAY | Attend settlement meeting with debtor's counsel, Trustee, and Bob Dohmeyer (2) | 2.00 | 600.00 |
| 09/04/2013 | TAY | Prepare application to employ Bob Dohmeyer as estate valuation expert (1.1) | 1.10 | 330.00 |
| 09/18/2013 | TAY | Review bank statements, schedules, statement of financial affairs, internal meeting notes, and consider strategy, potentially avoidable transfers, additional information needed and prepare request for additional information to debtor's counsel (2.6) | 2.60 | 780.00 |
| | TAY | Begin preparation of objection to exemptions (.4) | 0.40 | 120.00 |
| 10/02/2013 | CJM | Reviewed and responded to email from Debtor's counsel regarding questionable financial transactions. | 0.20 | 65.00 |
| 10/03/2013 | CJM | Telephone call with counsel for Herbalife regarding moneys owed franchisee. | 0.20 | 65.00 |
| 10/16/2013 | CJM | Reviewed and responded to email from James Moon regarding production of documents (.2); Conference with Tim York regarding confidentiality agreement (.1); Telephone call with James Moon regarding business value (.1). | 0.40 | 130.00 |
| 10/17/2013 | CJM | Reviewed Non-Disclosure Agreement for Herbalife (.3); Email to James Moon regarding non-disclosure and production of documents (.1). | 0.40 | 130.00 |

Bryan Tower  2001 Bryan St., Suite 1800  Dallas, TX 75201  |  ph. 214.8__-____11  www.qslwm.com
A PROFESSIONAL CORPORATION  |  ATTORNEYS & COUNSELORS

Case 13-41669   Doc 40-1   Filed 01/23/15   Entered 01/23/15 14:13:37   Desc Exhibit
A   Page 2 of 3

Trustee - CJM Trustee 7 Cases

Michael Burton

Page: 2
01/23/2015
Client No:   3001-1650M
Invoice No:       214091

|            |     |                                                                                                                                                                                                                                                        | Hours |        |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 10/21/2013 | CJM | Revised Confidentiality Agreement (.4); Emailed Confidentiality Agreement to counsel (.1).                                                                                                                                                              | 0.50  | 162.50 |
| 10/23/2013 | CJM | Reviewed and responded to email from James Moon regarding document production.                                                                                                                                                                          | 0.20  | 65.00  |
| 10/24/2013 | CJM | Reviewed and responded to email from Moon regarding Herbalife information (.2); Email to Moon regarding transfer of stock to daughter (.2).                                                                                                             | 0.40  | 130.00 |
| 10/30/2013 | CJM | Reviewed email from Debtor's counsel with more corporate documents (.2); Reviewed and responded to emails from Dohmeyer regarding additional documents needed to determine avoidable transfer (.2); Email to James Moon regarding financial information (.1). | 0.50  | 162.50 |
| 11/05/2013 | CJM | Telephone call with James Moon regarding settlement (.3); Email to Dohmeyer regarding same (.1).                                                                                                                                                        | 0.40  | 130.00 |
| 11/06/2013 | CJM | Reviewed and responded to email from James Moon regarding settlement (.2); Reviewed and responded to email from Bob Dohmeyer regarding value of income stream (.2).                                                                                     | 0.40  | 130.00 |
| 11/07/2013 | CJM | Reviewed and responded to email from Moon regarding settlement.                                                                                                                                                                                         | 0.20  | 65.00  |
| 12/30/2013 | CJM | Email to debtor's counsel regarding global settlement (.2); Reviewed and responded to email from Moon regarding settlement terms (.2).                                                                                                                  | 0.40  | 130.00 |
| 01/06/2014 | CJM | Telephone call with Debtor's counsel regarding settlement of estate claims.                                                                                                                                                                             | 0.30  | 97.50  |
| 01/08/2014 | CJM | Reviewed and responded to email from debtor's counsel regarding settlement of estate claims.                                                                                                                                                            | 0.20  | 65.00  |
| 01/13/2014 | CJM | Prepared Motion to Approve Settlement (1.5); Prepared Affidavit (.1); Prepared Order (.5); Emailed settlement motion to James Moon for comment (.1).                                                                                                    | 2.20  | 715.00 |
| 01/14/2014 | CJM | Reviewed proposed changes to settlement agreement (.2); Email to James Moon regarding settlement agreement (.1); Revised motion to settle (.2).                                                                                                         | 0.50  | 162.50 |
| 01/21/2014 | TAY | Prepare settlement agreement (1.3)                                                                                                                                                                                                                      | 1.30  | 390.00 |
| 01/23/2014 | CJM | Revised settlement agreement (.2); Email to James Moon regarding settlement agreement (.1); Reviewed and responded to email from Moon regarding settlement agreement (.2); Final revisions to settlement agreement (.2).                                | 0.70  | 227.50 |
| 02/10/2014 | CJM | Telephone call with debtor's counsel regarding settlement payment due.                                                                                                                                                                                  | 0.10  | 32.50  |
| 03/19/2014 | CJM | Revised settlement order.                                                                                                                                                                                                                               | 0.10  | 32.50  |

Trustee - CJM Trustee 7 Cases                                              01/23/2015
                                                              Client No:   3001-1650M
                                                              Invoice No:      214091
Michael Burton

                                                                                Hours

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 01/15/2015 | CJM | Prepared Objection to IRS claim (.7); Prepared Affidavit (.2). | 0.90 | 292.50 |
| 01/16/2015 | CJM | Revised Objection to IRS claim (.2); Prepared Order (.3); Email to Bill Morse regarding entering into agreed order (.1). | 0.60 | 195.00 |
| 01/20/2015 | CJM | Reviewed and responded to email from IRS regarding claim Objection (.2); Prepared Withdrawal of Claim Objection (.3). | 0.50 | 162.50 |
| 01/21/2015 | CJM | Prepared Final Fee Application (1.0); Prepared Notice (.2); Prepared Order (.1). | 1.30 | 422.50 |
| | | For Current Services Rendered | 20.30 | 6,412.50 |

                              Recapitulation
| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| Christopher J. Moser | 12.90 | $325.00 | $4,192.50 |
| Timothy A. York | 7.40 | 300.00 | 2,220.00 |

| | |
|---|---|
| Photocopies | 214.40 |
| Postage | 142.06 |
| Photocopying @ $ .10 per page | 38.30 |
| Total Expenses Thru 01/23/2015 | 394.76 |
| Total Current Work | 6,807.26 |
| Balance Due | $6,807.26 |

NOTE: PLEASE REFERENCE THE CLIENT MATTER NO. WITH PAYMENT