IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MICHAEL AND MICHELLE BURTON, | § | CASE NO. 13-41669 |
| | § | (Chapter 7) |
| DEBTORS | § | |

**ORDER APPROVING FINAL APPLICATION FOR
ALLOWANCE OF FEES AND EXPENSES OF TRUSTEE'S COUNSEL**

On this day came on for consideration the Final Application for Allowance of Fees and Expenses of Trustee's Counsel (the "Application") filed by the law firm of Quilling, Selander, Lownds, Winslett & Moser, P.C. ("QSLWM"), as counsel to Christopher J. Moser, Trustee ("Trustee"). The Court finds that the Application was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure and that it contained the appropriate twenty one (21) day negative notice language, pursuant to Rule 9007 of the Local Rule of Bankruptcy Procedure which directed any party opposed to the granting of the relief sought in the Application to file a written response within twenty one (21) days or the Application would be deemed by the Court to be unopposed. The Court finds that no objections or other written responses to the Application were timely filed. The Court, having reviewed the Application and determined that the amount sought by QSLWM is reasonable compensation for actual and necessary services rendered to the Trustee pursuant to 11 U.S.C. §330, finds and that the Application should be granted. **IT IS THEREFORE,**

**ORDERED** that the Application is approved. **IT IS FURTHER,**

**ORDERED** that the Trustee is authorized to pay QSLWM the total amount of $6,000.00 for the reasonable fees and expenses it has incurred in representing the Trustee.