IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MICHAEL AND MICHELLE BURTON, | § | CASE NO. 13-41669 |
| | § | (Chapter 7) |
| DEBTORS | § | |

**NOTICE OF FILING FINAL APPLICATION FOR ALLOWANCE
OF FEES AND EXPENSES OF TRUSTEE'S COUNSEL**

On January 23, 2015, Quilling, Selander, Lownds, Winslett & Moser, P.C. ("QSLWM") filed its Final Application for Allowance of Fees of Trustee's Counsel (the "Application"). The Application requests approval of compensation in the amount of $6,000.00 for fees and expenses incurred by QSLWM for the period of time from August 13, 2013 through January 23, 2015.

Any party wishing to obtain a copy of the Application may request a copy in writing to Nita Chancellor at Quilling, Selander, Lownds, Winslett & Moser P.C., 2001 Bryan Street, Suite 1800, Dallas, Texas 75201, fax (214) 871-2111, e-mail nchancellor@qslwm.com.

    Respectfully submitted,

    QUILLING, SELANDER, LOWNDS,
    WINSLETT   & MOSER P.C.
    2001 Bryan Street, Suite 1800
    Dallas, Texas  75201
    (214) 871-2100 (Telephone)
    (214) 871-2111 (Fax)

    By: */s/ Christopher J. Moser*
        Christopher J. Moser

    ATTORNEYS FOR TRUSTEE

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing Notice was served by electronic transmission via the CM/ECF system upon all parties registered to receive electronic notice in this bankruptcy case, and/or regular U.S. mail, postage prepaid, upon on the parties listed on the attached service list, on this 23rd day of January, 2015.

                                                */s/ Christopher J. Moser*
                                                Christopher J. Moser